91 So. 260

## O'REILLY v. STATE.
### 8 Div. 998.

Supreme Court of Alabama.
Oct. 12, 1939.
Rehearing Denied Nov. 2, 1939.

H. H. Hamilton, of Russellville, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

## PER CURIAM.

The application for rehearing in the Court of Appeals was filed after the time for filing application had expired. That application was stricken from the files June 30, and this petition was filed forty-seven days thereafter. The petition for certiorari is therefore dismissed.

Petition dismissed.

ANDERSON, C. J., and THOMAS, BROWN, and FOSTER, JJ., concur.